# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

THOMAS BRANAGAN,

                Plaintiff,

  v.

JOSEPH WALLS,

                Defendant.

Case No. 3:17-cv-00485-MMD-CLB

**ORDER**

Before the court is Plaintiff Thomas Branagan's ("Branagan") Motion for Extension of Time (ECF No. 51). The motion seeks an extension of time to object to the Report and Recommendation until after Branagan's motion "Request [for] Dr. Edmunds['s] Report on Plaintiff Medical Results," (ECF No. 50), is ruled on.

Accordingly, **IT IS HEREBY ORDERED** that the motion for extension of time (ECF No. 51) is **GRANTED**. Any objection to the Report and Recommendation will be due fourteen (14) days after a ruling on the motion for medical results (ECF No. 50) is issued.

**IT IS FURTHER ORDERED** that Defendant Joseph Wall shall file his response to the motion for medical results (ECF No. 50) by October 22, 2020. Any reply shall be filed seven (7) days after the response is filed.

**IT IS SO ORDERED.**

**DATED**: October 8, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**